UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| NELLY GUEVARA A# 205 515 889,     ) | |
|          ) | |
|       Petitioner,     ) | |
|          ) | |
|       v.     ) | No. 4:26-cv-00040-SEB-KMB |
|          ) | |
| SCOTTY MAPLES in his official capacity as  ) | |
| Jailer of Clark County Detention Center,  ) | |
| SAMUEL OLSON Field Office Director for ICE  ) | |
| Chicago Field Office,  ) | |
| TODD LYONS in his official capacity as Acting  ) | |
| Director of Immigration and Customs  ) | |
| Enforcement,  ) | |
| KRISTI NOEM Secretary of Homeland Security,  ) | |
| PAMELA BONDI U.S. Attorney General,  ) | |
|          ) | |
|       Respondents.  ) | |

## ORDER

Ms. Nelly Guevara has filed a motion to enforce in this closed habeas case. Dkt. [16]. She seeks release from detention based on this Court's March 5, 2026 order. On July 17, 2026, the Court ordered Ms. Guevara's release from detention in cause number 4:26-cv-00137-SEB-KMB.

Accordingly, the Court **denies as moot** Ms. Guevara's motion to enforce. Dkt. [16].

**IT IS SO ORDERED.**

Date: _____7/28/2026_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel